NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

JOHN L. MCDONALD,
*Claimant-Appellant,*

v.

ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,
*Respondent-Appellee.*

---

2011-7078

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2258, Judge William A. Moorman.

---

## ON MOTION

---

## ORDER

John L. McDonald moves without opposition to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

DEC 1 5 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
Meredyth Cohen Havasy, Esq.

s21

Issued As A Mandate: DEC 1 5 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 5 2011

JAN HORBALY
CLERK